COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Brian Wayne Gerbich

Appellate case number:    01-19-01012-CR

Trial court case number:   1581536

Trial court:                      177th District Court of Harris County

Relator, Brian Wayne Gerbich, has filed a petition for writ of mandamus asserting that the trial court has refused to issue an order ruling on his petition for occupational license. The court requests that the State file a response to the petition as soon as possible but no later than **January 14, 2020**.

It is so ORDERED.

Judge's signature: /s/ Justice Sarah Beth Landau
                                    Acting individually

Date:  December 30, 2019